To Whom this concern:

My name is Dwight L. Devaughn, I AM AN Double Paraplegic Inmate with both Leg's Amputated Below knee. I am currently Incarcerated at Columbia C.I. ANNEX. On 11-7-23, Time: 8:50 or 9:00 am, I Recieved a letter from my Disability of Florida Attorney; Curtis Filaroski, stating that He was closing my case due to non-Response from me throughout the month of October. To my full acknowledgement I have written him several letters with copies of my grievances procedures Responses attached throughout the month of October on or around these dates; 10-6-23, 10-8-23, 10-12-23 - 10-23-23, 10-31-23, Around or between 8:00 AM 9:00 AM on 11-6-23, I also wrote a letter to United States District Court, Middle District Jacksonville, 300 N. Hogan St, Suite 9-150, Jacksonville, FL, 32202, concerning another important issue that I will discuss later in this letter. Those letter that I wrote my Disability Rights Attorney was given directly to the Legal Mail Ofc. Ms. Chisolm by me personally After I sign my signature and Sealed the envelope and handed it directly to Her. So Afther I Recieve the letter from my Disability Attorney 11-7-23, stating that He has not been Recieving any mail from me. Brought me to a Conclusion that the legal Mail Ofc. Ms. Chisolm has been Tampering with my U.S Mail, due to me Execising my Grievance Procedure Here at Columbia C.I. Annex. As I Mention earlier in my letter I am AM (A.D.A) Inmate with both of my Leg's Amputated and I am being Retaliated Against by the Staff And the Administration for Exercising my Grievance Procedure. On 10-27-23, Medical Staff and Provider (A.d.A) Coordinator Ms. Norris took my Wheelchair and Revoke my wheelchair and Permanent pass. I am currently unable to get around and is confine in a cell inside Confinement. On 10-22-23, Medical Staff attempted to Murder me by Over dosing me with my Blood thinner Medication (cummingin). I had to be Transferred to Lake City Hospital due to Excessive Bleeding from my nose, my urine, my stool, my mouth as well as coughing up blood. Afther being examine and tested by the Medical Staff and Doctor at Lake City Hospital. I was Advised by the Medical Dr. of the test results, which He advise me that I had been given An extremely Deadly High Dose of my blood thinner Medication (cummingin) which I take for my (C.V.i.d) (Vascular Vein Disease). My Normal blood level (p++) and (I.N.R.) should Range Between 2.0 and 3.0 blood level. The Dr. Advised me that my (p++) level was 10.0 and my (I.N.R.) level was 15.1. which is Extremely to High and Deadly. I was given some sort of Vitamin "C" to Reverse the bleeding by lake City Medical Doctor. Then I had to be Transfered to Jacksonville Memorial Hospital for further examination and Testing to

Be done on me. Again, this was a form of retaliation due to me exercising my grievance procedure. On 10-1-23, at approx 8:23 AM I was jump by two inmates for reporting my J-pay tablet being stolen. Inmate Jerry Snider assulted me with a cane and inmate Ricardo Sellers 429448 punch me in the head, threw and hit me with a wheelchair then attempted to stab me with a knife. I was placed in confinement for trying to defend myself while being assulted and beaten by a well known blood gang member Ricardo Sellers who is extremely violent, and I have witness and have seen with my own eye's him stab three inmates in the back and shoulder area. Out of fear of the blood gang members they was to afraid to report the incident to the staff. At the time this incident occurred Capt. Camacho was the shift O.I.C. and I advised him that inmate Ricardo Sellers 429448 had assulted and attempted to stab me with a knife. Capt. Camacho, stated to me that he was not going to mention anything about a knife, and that he was locking the three of us up for fighting. He then turn and face inmate Ricardo Sellers who was in the holding cell next to me. And stated "Next time your trying to stab someone put a little more flex in your risk." He then turn to me and stated "This could not have happen to a better person." I immediately stated to him and the confinement staff that I was in fear of losing my life and wanted to be placed on "PM" status protective management and house alone. Capt. Camacho still fail to mention the knife in his report. I have filed several grievances to this administration advising them that I have recieved several death threats from the blood gang members since this incident occurred. I have also advised this administration that there is a hit put out on me for my life by the blood gang members and I am in fear of losing my life. This administration has fail to acknowledge my grievance procedure by refusing to place me in protective management due to my life being in imminent danger by the blood gang members. I am requesting for ALL those matters to be reviewed and investigated properly by your agency.

Date: 11-8-23
Time: 8:50

Douglas Derbyshire #124704